

FILED by _____ LS _____ D.C.

Sep 28, 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. **17-81095-CV-ROSENBERG/HOPKINS**

| | |
|---|---|
| Kelvin Rance, ) | FALSE, |
| Plaintiff, ) | IMPRISONMENT (US & STATE), |
| v. ) | (US & |
| Ric Bradshaw as Sheriff of Palm Beach ) | STATE), INVASION OF |
| County, ) | PRIVACY (US ) |
| Palm Beach Deputy Sheriff Richard ) | VIOLATION OF CIVIL |
| Segedin Badge # 8498, ) | RIGHTS ACT (42 USC §1983), |
| Palm Beach Sheriff Deputy T. Sutton , ) | ASSAULT, CONVERSION |
| Badge 9173, ) | |
| Palm Beach Sheriff Deputy E. Baird , ) | |
| Badge 9115, ) | |
| Palm Beach Sheriff Deputy , ) | |
| L. Tembeckjian, Badge 7741 ) | |
| Defendants | |

Jury Trial Demanded

## VERIFIED COMPLAINT

Plaintiff, Kelvin Rance, residing at 4037 Plumbago Place, Lake Worth, Palm Beach

County, Florida at the time of these causes, sues defendants, Ric Bradshaw, as Sheriff

of Palm Beach County, Florida, Palm Beach County Deputy Sheriff's Officer (PBSO)

Richard Segedin, Badge # 8498, Palm Beach Deputies Sheriffs' L. Tembeckjian #7741,

E. Baird #9115 and T. Sutton Badge 9173 who were on the scene on the date and time

of unlawful detention of September 15, 2017 at approximately 11:40 p.m. both in their

individually and personal capacities and alleges as follows:

## GENERAL ALLEGATIONS

1. All heretofore causes of action occurred in Palm Beach County, Florida.

2. The defendant, RIC BRADSHAW at the time of these causes of action, was SHERIFF OF PALM BEACH COUNTY, FLORIDA who is by Florida State law vicariously liable for the acts of his deputies pursuant to Florida Statute 30.07 thru the doctrine of Repondeat Superior.

3. Palm Beach County Deputy Sheriff Richard Segedin, Badge # 8498 on September 15, 2017, during these causes of action, at all times material acted within the scope of his employment and acted as deputy to Ric Bradshaw, as Sheriff of Palm Beach County, Florida pursuant to Florida Statute 30.07.

4. , Palm Beach Deputies Sheriffs' L. Tembeckjian #7741, E. Baird #9115 and T. Sutton Badge 9173 Palm Beach County Deputy Sheriffs' who assisted, contributed to the unreasonable detention which was against the will of the Plaintiff, on September 15, 2017, at approximately 11:40 p.m. hours at all times material acted within the scope of their employment and acted as deputies to Ric Bradshaw, as Sheriff of Palm Beach County, Florida pursuant to Florida Statute 30.07.

5. This Civil Complaint occur out of an unlawful detention, assault, search and seizure and other unreasonable, unlawful causes upon and against the Plaintiff, Kelvin Rance, by PBSO Richard Segedin, Badge # 8498, Palm Beach Deputies Sheriffs' L. Tembeckjian #7741, E. Baird #9115 and T. Sutton Badge 9173 Deputy Sheriffs' of September 15, 2017, at approximately 11:40 p.m. hours as witnessed by the attached Event Chronology. See exhibit A...

6. These Cause of Action occurred in whole or in part on "J" Street at the corner of Seventh (7th) Avenue South, Lake Worth, Florida, Palm Beach County as witnessed by event # EV1700886145, exhibit A on September 15, 2017. Therefore proper venue lies in Palm Beach County, Florida.

7. On September 15, 2017 at or about approximately 11:30 p.m. I picked up a female friend from 15th Street South, Lake Worth, Florida who asked for a ride to 2nd Avenue South, Lake Worth, Florida. My female friend and I travelled north from 15th Avenue, straight, without any stops or delay on Dixie to 2nd Avenue South, Lake Worth. I let my passenger out of my vehicle on 2nd Avenue South, Lake Worth, Florida, just before "J" Street, Lake Worth, Florida.

8. Plaintiff Kelvin Rance made a right turn on "J" Street, Lake Worth and headed south when Plaintiff noticed a large vehicle at approximately 4th Avenue South, Lake Worth following the Plaintiff after having and dropping off the Plaintiff's female friend.

9. Plaintiff travelled directly and without getting off of "J" street South from 2nd Avenue South, Lake Worth to the corner of 7th Avenue South and "J" Street, Lake Worth, Florida with the large vehicle still behind Plaintiff's vehicle, when the large vehicle turned on it's red and blue stop lights and commanded the Plaintiff to not move his vehicle. Plaintiff complied with the request not to move his vehicle and a stop was effectuated at the corner of 7th Avenue South and "J" Street, Lake Worth, Florida by the later known Defendant Richard Segedin.

10. In the large vehicle directly behind the Plaintiff's vehicle, having his red and blue stop lights illuminated and issuing the command to not move Plaintiff's vehicle was the soon to be identified PBSO (Palm Beach County Sheriff's Office deputy) sergeant Richard Segedin, Badge # 8498 who Plaintiff never had any previous contact with until this stop

11. When the traffic stop was effectuated at approximately 11:40 p.m. on September 15, 2017 by the large vehicle who had his red and blue stop lights on other law enforcement vehicles arrived at the corner of 7th Avenue South and "J" Street, Lake Worth, Florida at approximately the same time as the large vehicle behind Plaintiff's vehicle make his stop by turning on his stop lights and commanding Plaintiff not to move his vehicle. The other law enforcement vehicles who arrived at the corner of 6th Avenue South and "J" street were unmarked with the exception of one law enforcement vehicle which was a "School District of Palm Beach County" vehicle were unmarked vehicles..

12. The "School District of Palm Beach County" vehicle came from the east heading west on "J" street, Lake Worth and another unmarked vehicle came from the west heading east on "J" street all met Plaintiff's vehicle and large vehicle in back of Plaintiff's vehicle with his stop lights on at the corner of 7th Avenue South, Lake Worth and "J" Street, Lake Worth, Florida..

13. When the Plaintiff asked the officer who got out of the large vehicle behind the Plaintiff's vehicle what the Plaintiff did wrong the later identified unmarked officer sergeant Richard Segedin, Badge # 8498 stated that a "known female prostitute got out of the Plaintiff's vehicle. Plaintiff summarized, assumed that sergeant Richard Segedin, Badge # 8498 was talking about Plaintiff's female friend that the Plaintiff let out of Plaintiff's vehicle on 2nd Avenue South, Lake Worth as there was nor had been any other female in Plaintiff's vehicle that night. Plaintiff did not commit nor was the Plaintiff about to commit any criminal activity with or without the Plaintiff's female friend.

14. The unmarked and later identified deputy (sergeant Richard Segedin, Badge # 8498) came to Plaintiff's driver's side window and commandedhe Plaintiff to put Plaintiff's hands on the steering wheel and Plaintiff complied. The later identified deputy, sergeant Richard Segedin, Badge # 8498 asked tor the Plaintiff's driver's license, registration and proof of insurance of which the Plaintiff complied with the officer's request. Sergeant Richard Segedin, Badge # 8498 did a radio, warrants check

on the Plaintiff's driver's license and checkedn Plaintiff's vehicle registration. When Plaintiff's license and registration came back with no ill regularities sergeant Richard Segedin, Badge # 8498 commanded the Plaintiff out of the Plaintiff's vehicle. Plaintiff exited Plaintiff's vehicle while sergeant Richard Segedin, Badge # 8498 had Plaintiff's driver's license and registration in hand. Sergeant Richard Segedin, Badge # 8498 asked the Plaintiff if the Plaintiff had any contraband, illegal drugs, Plaintiff replied that the Plaintiff had no contraband or illegal drugs. Sergeant Richard Segedin, Badge # 8498 asked if the Plaintiff mined if the PBSO checked and the Plaintiff replied "Yes" the Plaintiff mined if law enforcement checked for contraband or illegal drugs. Based on the Plaintiff replying to sergeant Richard Segedin, Badge # 8498 that the Plaintiff minded if law enforcement checked for contraband or illegal drugs sergeant Richard Segedin, Badge # 8498 called, radioed in for a K9 dog to sniff the Plaintiff's vehicle. When no contraband was found on Plaintiff's person or Plaintiff's vehicle by the K9 law enforcement release me (Plaintiff) without charge or warning. At no time did law enforcement check, pat down the Plaintiff for weapons.

15. Plaintiff, Kelvin Rance, has sustained serious injuries from this unlawful detention and has suffered and will, in the future, continue to suffer some or all of the following damages:

    a.  Physical and mental pain and anguish from the trauma of being falsely, imprisoned, detained falsely by PBSO deputies;

    b.  Lost confidence in members of law enforcement.

    c.  Anguish, Aggravation and Discomfort;

d. Inconvenience;

e. Loss of Time;

f. Invasion of privacy;

g. Injury to reputation;

h. Diminishment of perceived character;

i. Loss of revenue and employment opportunity

j. Incidental Damages

k. Present and Future Compensatory

l. Punitive Damages as applicable

16. Florida Statute 768.28 pre-suit conditions have been met.

## **Count I**

### (FALSE IMPRISONMENT)

17. This is an action for violation of FLORIDA STATE law for FALSE IMPRISONMENT.

18. Plaintiff realleges the allegations contained in the aforementioned GENERAL ALLEGATIONS section of this complaint.

19. Liability and this cause of action shall be personally, individually against the PBSO Defendants Deputy sergeant Richard Segedin, Badge # 8498, Palm Beach Deputies Sheriffs' L. Tembeckjian #7741, E. Baird #9115 and T. Sutton Badge 9173 PBSO deputies on the scene of the traffic stop on September 15, 2017 at approximately 11:45 p.m..

20. Deputy sergeant Richard Segedin, Badge # 8498 against the Plaintiff's will initial a traffic stop, with his stop lights (red and blue) illuminated exited his unmarked sheriff's vehicle.

21. Officer Richard Segedin, Badge # 8498 came to the Plaintiff's driver's side window and ordered the Plaintiff to put his hands on the steering wheel. Plaintiff complied.

22. Deputy sergeant Richard Segedin, Badge # 8498 ordered the Plaintiff to present the Plaintiff's driver's license, registration and proof of insurance. Plaintiff complied with the order of sergeant Richard Segedin, Badge # 8498 and gave Deputy sergeant Richard Segedin, Badge # 8498 Plaintiff's documents.

23. Palm Beach Deputies Sheriffs' L. Tembeckjian #7741, E. Baird #9115 and T. Sutton Badge 9173 Deputy Sheriffs had arrived on the scene less than 20 seconds later when the Defendant Segedin exited his vehicle and came to the Plaintiff's window.

24.  Palm Beach Deputies Sheriffs' L. Tembeckjian #7741, E. Baird #9115 and T. Sutton Badge 9173 PBSO deputies watched over, contributed to the unlawful, unreasonable detention of the Plaintiff by watching, guarding Plaintiff while Plaintiff was sitting in Plaintiff's vehicle and while gaving Plaintiff's documents (drivers license , registration and proof of insurance) to the Defendant Segedin.

25. When asked what did the Plaintiff do wrong, the Defendant Segedin stated that the Plaintiff had a hooker in his vehicle.

26. Plaintiff Kelvin Rance did not commit any infraction or violations of the law to give rise to this unlawful and further unreasonable traffic stop.

27. Plaintiff was not given any citations or warnings after the checked out the validity of the Plaintiff's documents and PBSO K9 sniffed the Plaintiff's vehicle and it was found by PBSO that the Plaintiff had no contraband or illegal drugs on or in Plaintiff's property.

28. The Defendant Segedin returned the Plaintiff's documents.

29. As a direct and proximate result of said false imprisonment, as hereinabove alleged, Plaintiff, Kelvin Rance, has sustained serious personal and mental injuries and has, in the past, suffered and, will in the future, continue to suffer some or all of the following and realleged:

A.  Physical and mental pain and anguish;

B.  Discomfort

C.  Inconvenience;

D.  Injury to Reputation;

E.  Unreasonable loss of freedom thru unlawful arrest and detention.

F.  Cost and Expenses occurring out of this present civil action and criminal

action.

WHEREFORE, Plaintiff Kelvin Rance, demands judgment against all

Defendants Richard Segedin, Badge # 8498, Palm Beach Deputies Sheriffs'

L. Tembeckjian #7741, E. Baird #9115 and T. Sutton Badge 9173 deputies

on the scene as alleged on September 15, 2017 at approximately 11:45 p.m.

and prays for punitive and compensatory damages in the amount of

$100,000.00. Plaintiff further demands trial by jury of all issues triable as of

right.

## **Count II**

(Invasion of Privacy – Violating United States Law)

30. This is an action for Invasion of Privacy

31. Plaintiff realleges the allegations contained in General Allegations of this

complaint as if fully set forth herein.

32. Liability and this cause of action shall be against the Defendants Richard

Segedin, Badge # 8498 , Palm Beach Deputies Sheriffs' L. Tembeckjian

#7741, E. Baird #9115 and T. Sutton Badge 9173 PBSO deputies who were

on the scene  of the aforementioned unlawful, unreasonable traffic stop on September 15, 2017.

33. Officer Segedin, PBSO Deputy did without probable cause commit a traffic stop against Plaintiff Kelvin Rance on September 15, 2017 at approximately 11:40 p.m. hours for which no citation or warning was issued.

34. The unwarranted intrusion by the PBSO deputies on the scene complained of occurred on September 15, 2017 at initially approximately 11:40 p.m. hours, at a time when plaintiff had a right to and did not enjoy the security and privacy by this unwarranted government intrusion. The acts of defendants on the scene on September 15, 2017, violated the Plaintiff's expectation of privacy and each of them, constitute an invasion of privacy.

WHEREFORE, Plaintiff Kelvin Rance, demands judgment against the Defendants on the scene at the corner of 7th Avenue South and "J" street, Lake Worth, Florida on September 15, 2017.and prays for damages in the amount of $100,000.00 or as justice demands in compensatory damages plus interest, costs or other amounts as justice does demand. Plaintiff further demands trial by jury of all issues so triable as of right.

## Count III

(Violations of 42 U.S.C. 1983: Unreasonable Search and Seizure; Violating U.S. 4th Amendment)

35. This is a civil action for deprivation of rights under the Federal Statutes and Constitution of the United States against Defendant Richard Segedin, Badge # 8498, individually, Palm Beach Deputies Sheriffs' L. Tembeckjian #7741, E. Baird #9115 and T. Sutton Badge 9173 PBSO deputies who were on the scene on September 15, 2017 at approximately 11:40 p.m., individually..

36. Plaintiff realleges the allegations contained in these General Allegations within this complaint.

37. The Defendants, Richard Segedin, Badge # 8498, individually, Palm Beach Deputies Sheriffs' L. Tembeckjian #7741, E. Baird #9115 and T. Sutton Badge 9173 individually. PBSO deputies who were on the scene on September 15, 2017 at approximately 11:40 p.m., individually unreasonably and without cause traffic stopped the Plaintiff.

38. Plaintiff did not violate any County, Florida or Federal law to justify an unreasonable traffic stop and further detention by PBSO deputies who were on the scene on September 15, 2017 at approximately 11:40 p.m..

39. Plaintiff states and affirms that the Plaintiff did not receive a citation or warning on September 15, 2017 out of the stop and detention at approximately 11:40 p.m..

40. PBSO Officer Richard Segedin, Badge # 8498 followed the Plaintiff in a large vehicle from 2nd Avenue, South, Lake Worth, Florida, down "J" street, Lake Worth, Florida to 7th Avenue South, Lake Worth, Florida and turn on his stop lights (red and blue) to effectuate at traffic stop on the Plaintiff at the corner of "J" street, Lake Worth, Florida and 7th Avenue South, Lake Worth, Florida.

41. Officer Richard Segedin, Badge # 8498 upon turning on his stop lights, commanded that the Plaintiff not move his vehicle, got out of his unmarked large vehicle came to the Plaintiff's driver's side and demanded the Plaintiff put his hands on the steering wheel. Plaintiff complied with the Plaintiff's vehicle interior lights on.

42. Officer Richard Segedin, Badge # 8498 demanded the Plaintiff present to Officer Richard Segedin, Badge # 8498 his documents (driver's license, registration and proof of insurance) of which the Plaintiff complied.

43. Officer Richard Segedin, Badge # 8498 then demanded that the Plaintiff exit his vehicle and stand on the side of his vehicle of which the Plaintiff complied but never searched the Plaintiff for weapons. Plaintiff complied.

44. Upon the Plaintiff exiting his vehicle Officer Richard Segedin, Badge # 8498 searched thru Plaintiff's vehicle and found prescription labelled bottles containing prescription medicine in the prescription labelled bottles. Defendant Segedin took several prescription labeled pill bottles with legal medicines in them and held each pill bottle in hand up in the air, twisting each bottle 180 degrees and examined the contents of each pill bottle.

Finding to contraband Defendant Segedin put the pill bottles containing medicines down.

45. After validating the Plaintiff's documents and while the Plaintiff was outside of the Plaintiff's vehicle one of the PBSO deputies asked Officer Richard Segedin, Badge # 8498 what the Plaintiff did wrong and the defendant Segedin stated that the Plaintiff had a hooker in his vehicle. At that time the Plaintiff did not have anyone in his vehicle which was at the corner of 7th Avenue South and "J" street, Lake Worth, Florida.

46. Officer Richard Segedin, Badge # 8498 searched .the Plaintiff's vehicle without legal cause and found no contraband.

47. ,Palm Beach Deputies Sheriffs' L. Tembeckjian #7741, E. Baird #9115 and T. Sutton Badge 9173 PBSO deputies stood guard over the Plaintiff while Officer Richard Segedin, Badge # 8498 went into, searched Plaintiff's vehicle.

48. Finding no contraband or illegal drugs, Officer Richard Segedin, Badge # 8498 asked the Plaintiff if he minded if PBSO searched his vehicle and when the Plaintiff said "Yes, the Plaintiff minded", Officer Richard Segedin, Badge # 8498 called K9 who sniffed the Plaintiff's vehicle. The K9 unit did not alert law enforcement to any contraband or illegal drugs and the K9 officer said that the Plaintiff's vehicle was clean.

49. Plaintiff believes and there was no reason for the Plaintiff to be stopped by PBSO on September 15, 2017 as no members of law enforcement had cause to stop or search the Plaintiff's person or property.

50. The plaintiff did and continues to suffer damages of embarrassment, humiliation, mental and emotional anguish.

WHEREFORE, Plaintiff Kelvin Rance, demands judgment against the Defendants Richard Segedin, Badge # 8498, Palm Beach Deputies Sheriffs' L. Tembeckjian #7741, E. Baird #9115 and T. Sutton Badge 9173 PBSO deputies for an unreasonably initiating and continuing a traffic stop and prays for damages in the amount of $100,000.00 in compensatory damages, including potential punitive damages as appropriate, plus interest, costs or other amounts as justice does demand. Plaintiff further demands trial by jury of all issues so triable as of right.

## Count V

(Violations of 42 U.S.C. 1983: Violating U.S. 4th Amendment; Supervisor Liability – Ric Bradshaw, as Sheriff)

51. This is a civil action for deprivation of rights under the Federal Statutes and Constitution of the United States.

52. Plaintiff realleges the allegations contained in these General Allegation within this complaint.

53. The Defendant, Ric Bradshaw as Sheriff of Palm Beach County ratified the unreasonable stop and detention of the Plaintiff by not disciplining the deputies on the scene of which these causes arose on September 15, 2017.

54. Supervising, senior officer Ric Bradshaw as sheriff never publicly disagreed with, stopped, or questioned or deterred the unlawful traffic stop, detention of the Plaintiff on September 15, 2017 at approximately 11:45 p.m. hours.

55. The plaintiff did and continues to suffer damages of embarrassment, humiliation, mental and emotional trauma.

WHEREFORE, Plaintiff Kelvin Rance, demands judgment against the Defendant Ric Bradshaw as Sheriff and prays for damages in the amount of $100,000.00 in compensatory damages, including potential punitive damages as appropriate, plus interest, costs or other amounts as justice does demand. Plaintiff further demands trial by jury of all issues so triable as of right.

## Count VI

(U.S. CONSTITUTIONAL FALSE IMPRISONMENT)

56. This is an action for violation of United States law or United States Constitution for FALSE IMPRISONMENT.

57. Plaintiff realleges the allegations contained in the aforementioned GENERAL ALLEGATIONS section of this complaint.

58. Liability and this cause of action shall be personally, individually against the PBSO Defendant Defendants Richard Segedin, Badge # 8498, Palm Beach Deputies Sheriffs' L. Tembeckjian #7741, E. Baird #9115 and T. Sutton Badge 9173 PBSO deputies on the scene on September 15, 2017 unreasonably initiating and continuing with deliberate indifference to the rights of the Plaintiff to be free from a traffic stop, without legal cause, individually.

59. Deputies Defendants Richard Segedin, Badge # 8498, Palm Beach Deputies Sheriffs' L. Tembeckjian #7741, E. Baird #9115 and T. Sutton Badge 9173 PBSO deputies  for an unreasonably initiating and continuing a traffic stop with deliberate indifference to the rights of the Plaintiff initiated a traffic stop and continued said stop, detention without cause, knowing that the traffic stop was unfounded.

60. Deputy Segedin with deliberate indifference to the rights of the Plaintiff ordered the Plaintiff to present the Plaintiff's driver's license without cause..

61. The traffic stop was made irrespective of no hooker was found in Plaintiff's vehicle and the Defendant Segedin never saw or detained the alleged hooker. Further the Plaintiff did not commit nor was the Plaintiff about to commit a violation of law.

62. As a direct and proximate result of said false imprisonment, as hereinabove alleged, Plaintiff, Kelvin Rance, has sustained serious personal and mental

injuries and has, in the past, suffered and, will in the future, continue to suffer some or all of the following and realleged:

G.  Physical and mental pain and anguish;

H.  Discomfort

I.  Inconvenience;

J.  Injury to Reputation;

K.  Unreasonable loss of freedom thru unlawful detention.

L.  Anguish

M.  Cost and Expenses occurring out of this present civil action and criminal action.

WHEREFORE, Plaintiff Kelvin Rance, demands judgment against Defendants Richard Segedin, Badge # 8498, Palm Beach Deputies Sheriffs' L. Tembeckjian #7741, E. Baird #9115 and T. Sutton Badge 9173 PBSO deputies on the scene on September 15, 2017 and prays for punitive and compensatory damages in the amount of $100,000.00. Plaintiff further demands trial by jury of all issues triable as of right.

## **Count VII**

(Florida State Law – Assault –)

63. This is an action for violation of FLORIDA STATE law for ASSAULT.

64. Plaintiff realleges the allegations contained in the aforementioned GENERAL ALLEGATIONS section of this complaint.

65. Liability and this cause of action shall be personally, individually against the PBSO Defendants Richard Segedin, Badge # 8498, Palm Beach Deputies Sheriffs' L. Tembeckjian #7741, E. Baird #9115 and T. Sutton Badge 9173 PBSO deputies on the scene on September 15, 2017.

66. Deputy Segedin turned on his stop lights, initiating a traffic stop and ordered the Plaintiff to put Plaintiff's hands on the steering wheel while the Plaintiff interior car lights were on. Plaintiff complied.

67. Deputy Segedin ordered the Plaintiff to present the Plaintiff's driver's license. Plaintiff complied with the order of Deputy Segedin and motioned my hand from the steering wheel to the Plaintiff's pocket where Plaintiff keeps his driver license. Defendant Segedin in an excited, startled and threatening voice shouted "What are you doing?". I suddenly stopped my hand motion from reaching in my pocket for my drivers license and in a statement to Deputy Segedin stated: "You asked me to give you my drivers license". I fear for my safety in the way Deputy Segedin handed the command for my drivers license and in my fear that Deputy Segedin was going to reach for his gun, I felt my personal safety was at risk. I gave Deputy Sheriff Segedin Plaintiff's my driver's license (DL, license) and documents per his commandment and after being scared as if was dark and

there were only PBSO deputies around. I believe that I could have been a mistaken and gotten shot for complying with Deputy Segedin's request for my drivers license and reaching towards my pocket for my license..

68. Palm Beach Deputies Sheriffs' L. Tembeckjian #7741, E. Baird #9115 and T. Sutton Badge 9173 PBSO deputies caused fear and panic to the Plaintiff as the detention and further stop was without legal cause.

69. Plaintiff was surrounded at the corner of 7th Avenue South and "J" street, Lake Worth, Florida by PBSO deputies in a darken area of the street without cause.

70. Fear for the safety of the Plaintiff as Deputies Segedin, Palm Beach Deputies Sheriffs' L. Tembeckjian #7741, E. Baird #9115 and T. Sutton Badge 9173 PBSO deputies aggressively got out of their car and approached the Plaintiff in the Plaintiff's vehicle.

71. Fear came to the mind of the Plaintiff as the Plaintiff believed that the Plaintiff would be harmed by PBSO.

72. Plaintiff was traumatized at the approaching PBSO Deputies on the scene on September 15, 2017 at approximately 11:40 p.m..

73. Deputy Sheriff Segedin placed fear in the mind of the Plaintiff as the Plaintiff did not and knew the Plaintiff did not violate any law and should not have been stopped by PBSO.

74. Plaintiff feared and asked "What did I do"? Deputy Segedin replied had a hooker in Plaintiff's vehicle. Plaintiff had no one in his car at the time of the traffic stop and no contraband.

75. As a direct and proximate result of said false arrest/false imprisonment, as hereinabove alleged, Plaintiff, Kelvin Rance, has sustained serious personal and mental injuries and has, in the past, suffered and, will in the future, continue to suffer some or all of the following and realleged:

N.  Physical and mental pain and anguish;

O.  Discomfort

P.  Inconvenience;

Q.  Injury to Reputation;

R.  Unreasonable loss of freedom thru unlawful arrest and detention.

S.  Cost and Expenses occurring out of this present civil action and criminal action.

WHEREFORE, Plaintiff Kelvin Rance, demands judgment against all Defendants on the scene as aforementioned and prays for punitive and compensatory damages in the amount of $100,000.00. Plaintiff further demands trial by jury of all issues triable as of right.

## **Count VIII**

(Florida State Law – Ric Bradshaw as Sheriff of Palm Beach County

Vicarious Liability for the Conversion of Plaintiff's vehicle)

76. This is an action for violation of FLORIDA STATE law for Battery.

77. Plaintiff realleges the allegations contained in the aforementioned GENERAL ALLEGATIONS section of this complaint.

78. Liability and this cause of action shall be against the PBSO Defendant Ric Bradshaw as Sheriff who is vicariously liable pursuant to Florida law for the conversion of the Plaintiff's vehicle based on the unreasonable and further unlawful traffic stop of the Plaintiff in Plaintiff's vehicle on September 15, 2017 at approximately 11:40 p.m..

79. As a direct and proximate result of said false arrest/false imprisonment, as hereinabove alleged, Plaintiff, Kelvin Rance, has sustained serious personal and mental injuries and has, in the past, suffered and, will in the future, continue to suffer some or all of the following and realleged:

T. Physical and mental pain and anguish;

U. Discomfort

V. Inconvenience;

W. Injury to Reputation;

X. Unreasonable loss of freedom thru unlawful arrest and detention.

Y. Cost and Expenses occurring out of this present civil action and criminal action.

WHEREFORE, Plaintiff Kelvin Rance, demands judgment against Ric Bradshw as Sheriff and prays for punitive and compensatory damages in the

amount of $100,000.00. Plaintiff further demands trial by jury of all issues

triable as of right.

All statements in this document are hereby and forever attested / affirmed to by the Plaintiff Kelvin Rance, Affiant

FURTHER AFFIANT SAITH NAUGHT

Sworn to (or affirmed) and subscribed before me this 27th day of September, 2017 by Affiant, attested to by Kelvin Rance.

_____
Kelvin Rance, Affiant

_____
(Notary Public)

Personally known _____ or Produced Identification _____

SHAMROCK MUNOZ
NOTARY
My Comm. Expires
September 28, 2018
No. FF 163920
Bonded thru CNA Surety
PUBLIC
STATE OF FLORIDA

## Exhibit A

# Event Chronology -- E1700886145

☑ System Comments

I/NetViewer -- Event Chronology

Page 2 of 2



https://netviewer.pbso.org/netviewer/inquiry/evchron.asp?event=E1700886145&syscom=1...   9/21/2017